UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                      :

UNITED STATES OF AMERICA,                :

                -v-                     :                 25-CR-582 (PAE)

AHMAR GARCIA, and,                 :              SCHEDULING ORDER
RAHEEM PATTERSON            :

              Defendants.      :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

It is hereby ORDERED that a conference in this matter is scheduled for **January 27, 2026,** at **2:30 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

The Court understands that time is excluded until January 16, 2026.  The Court directs the parties to confer and the Government thereafter to submit a letter with respect to the exclusion of time through to the date of the next conference.

SO ORDERED.

Dated: January 6, 2026
        New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge