

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 7, 2026

**BY ECF**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      **Re: *United States v. Ahmar Garcia and Raheem Patterson*, 25 Cr. 582 (PAE)**

Dear Judge Engelmayer:

      The Government writes in connection with the Court's scheduling order (Dkt. 14), which scheduled the initial conference in this matter for January 27, 2026, and directed the parties to confer and submit a letter with respect to the exclusion of time. After conferring, the Government writes respectfully to request, without objection from any defendant, through their respective counsel, that the Court exclude time under the Speedy Trial Act until January 27, 2026, pursuant to 18 U.S.C. § 3161(h)(7), on the basis that the interests of the public and the defendants in a speedy trial are outweighed by the interest of the defendants, through counsel, in discussing the scope of discovery with the Government, which the parties have begun, and in beginning the process of discussing any potential pretrial dispositions in advance of the appearance before the Court on January 27, 2026.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney

by:     *Michael R Herman*
      Michael R. Herman
      Patrick R. Moroney
      Assistant United States Attorneys
      (212) 637-2221 / -2330

cc (by ECF):   All counsel of record

**GRANTED.** The Court excludes time until January 27, 2026, for the reasons stated. The Clerk of Court is requested to terminate the motion at Dkt. No. 16.

1/12/2026

      SO ORDERED.

      *Paul A. Engelmayer*

      PAUL A. ENGELMAYER
      United States District Judge