UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

AHMAR GARCIA *and* RAHEEM PATTERSON,

Defendants.

25 Cr. 582 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The parties have jointly requested a 60-day adjournment of the April 17, 2026 status conference, while proposing a schedule for defense motions that contemplates opening motions being filed on June 12, 2026. *See* Dkts. 24, 26–27. The Court hereby adjourns the conference to June 5, 2026 at 11 a.m., and adopts the parties' proposed motion schedule. The parties should be prepared, at the June 5, 2026 conference, to discuss the anticipated motions in detail. And, to the extent that defendant Raheem Patterson elects to pursue either or both of the suppression motions described in his letter, Dkt. 27, the Court expects, at that conference, to set a July date for an evidentiary hearing on those motion(s).

The Court finds that the ends of justice are served by this continuance. In particular, such will give the defense, which does not object to the exclusion of time, additional time to review the voluminous discovery in this case, including multiple search warrant returns for electronic evidence. The Court thus finds that excluding time outweighs the interests of the defendants and the public in a speedy trial, and excludes time from April 17 to June 5, 2026 under the Speedy Trial Act.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 7, 2026
       New York, New York