UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                    :

UNITED STATES OF AMERICA,             :

        -v-                   :        25-CR-582-01 (PAE)

AHMAR GARCIA,               :        SCHEDULING ORDER

           Defendant.        :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- The Government's 404(b) notice / enterprise letter shall be filed by **October 9, 2026.**

- Any motions *in limine* shall be filed by **October 16, 2026**.

- Oppositions to any motions *in limine* shall be filed by **October 23, 2026**.

- The Government shall provide its Jencks Act materials to the defense by **October 26, 2026**, with leave to provide materials at a later date where based on civilian safety considerations.

- The next conference in this case is scheduled for **November 2, 2026** at **10:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

- Trial is scheduled for **November 9, 2026** at **9:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

1

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until

**November 9, 2026**

SO ORDERED.

Dated: June 15, 2026
      New York, New York

                                            PAUL A. ENGELMAYER
                                            United States District Judge